We think that the demurrers to the petition should have been sustained, and the judgment will therefore be reversed, but as a *mandamus* would now be unavailing, the cause will not be remanded.

In each case the order will be that the judgment be reversed.

*Reversed.*

---

## The People of the State of Illinois, Defendant in Error, v. Ben Goldberg, Plaintiff in Error.

### Gen. No. 19,436.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN A. MAHONEY, Judge, presiding. Heard in this court at the October term, 1913. Reversed and remanded. Opinion filed March 9, 1914.

### Statement of the Case.

Prosecution by The People of the State of Illinois against Ben Goldberg on information in the Municipal Court of Chicago charging larceny as bailee. From a judgment of conviction and sentence to pay a fine of one hundred dollars, defendant brings error.

JOSEPH D. DALY, for plaintiff in error; JOHN T. FITZGERALD, of counsel.

MACLAY HOYNE, for defendant in error; FRANCIS E. HINCKLEY, of counsel.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

LARCENY, § 17*—*when failure to prove venue of offense fatal.* On an information in the Municipal Court of Chicago charging larceny as bailee, where the evidence in the record wholly fails to show that the offense was committed in Chicago, a judgment of conviction cannot be sustained.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.